UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Don Cameron,                                                    Civil File No. 05-3012 (PAM/JSM)

            Plaintiff,

v.                                                              **ORDER**

Mark W. Gillick,

            Defendant.

---

On February 8, 2006, Magistrate Judge Janie S. Mayeron entered an Order, explaining that the parties reached a settlement agreement to resolve this case. (Docket No. 13.) To effectuate the settlement agreement, Magistrate Judge Mayeron ordered Plaintiff to calculate the damages arising out of the events described in the Complaint, and to report the amount to Defendant by February 20, 2006. (Id. at 1.) Magistrate Judge Mayeron also ordered Defendant to "make complete and total payment of the calculated damages, in the form of certified funds or electronic wire transfer, no later than 5:00 p.m. on March 8, 2006." (Id. at 2.) Finally, Magistrate Judge Mayeron explained that the Court would enter judgment in favor of Plaintiff for the full amount of calculated damages, if Defendant failed to make full payment by that date.

Pursuant to the Order, Plaintiff calculated that damages totaled $944,565.84, and informed Defendant of the total amount due on February 16, 2006. Defendant has failed to remit payment or otherwise respond. As such, he is violating the terms of the February 8,

2006, Order. Accordingly, **IT IS HEREBY ORDERED** that Judgment in favor of Plaintiff for $944,565.84 be entered against Defendant.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 23, 2006

                                                  s/ Paul A. Magnuson
                                                  Paul A. Magnuson
                                                  United States District Court Judge