AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Don Cameron,

   V.

Mark W. Gillick,

**JUDGMENT IN A CIVIL CASE**

Case Number:  05-CV-3012 (PAM/JSM)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgment in favor of Plaintiff for $944,565.84 is entered against Defendant.

| March 24, 2006 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Jenny Beck |
| | (By)  Jenny Beck,  Deputy Clerk |

Form Modified:  09/16/04